23221

Earl J. DAVIS, Petitioner v. The STATE OF SOUTH CAROLINA BUDGET AND CONTROL BOARD, DIVISION OF GENERAL SERVICES INSURANCE RESERVE BOARD, Respondent.

(392 S.E. (2d) 183)

Supreme Court

*David Popowski,* and *William B. Regan,* Charleston, *for petitioner.*

---

[1] *See, State v. McKnight,* 291 S.C. 110, 352 S.E. (2d) 471 (1987).

*William L. Pope*, Columbia, *for respondent.*

*Terrell T. Horne*, Sumter, and *Kathryn Williams*, Green-ville, *amicus curiae, for South Carolina Trial Lawyers Ass'n.*

Heard April 16, 1990.

Decided May 29, 1990.

*Per Curiam:*

We granted certiorari to review the Court of Appeals' decision reported at 298 S.C. 135, 378 S.E. (2d) 604 (Ct. App. 1989). We now dismiss the writ as improvidently granted.

Dismissed.